UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OJSC UKRNAFTA,

              Plaintiff,

- against -

CARPATSKY PETROLEUM CORPORATION,

              Defendant.

19-mc-230 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The discovery requests were disposed of by the Magistrate Judge. No objections or appeal was filed. Therefore, the Clerk is directed to close this case.

**SO ORDERED.**

Dated:    New York, New York
            December 21, 2021

                                              _____
                                                 John G. Koeltl
                                         United States District Judge